IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
AREDIA and ZOMETA PRODUCTS )
LIABILITY LITIGATION ) No. 3:06-MD-1760
 )

ORDER

Pending before the Court are Plaintiffs' Motion for Certification of a Dental Monitoring Class (Docket No. 577) and Defendant's Motion to Strike Report of Plaintiffs' Expert, Paul Mulholland, CPA, CVA (Docket No. 624).

The Court held a hearing on the Motions on October 5, 2007. For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion (Docket No. 577) is DENIED, and Defendant's Motion (Docket No. 624) is, therefore, moot.

IT IS SO ORDERED.

*[signature: Todd Campbell]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE